IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 06-CR-30069-MJR |
| ) | |
| **CARLOS DAROUGH,** ) | |
| ) | |
| **Defendant.** ) | |

**MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION AND
<u>ACCEPTING DEFENDANT'S GUILTY PLEA</u>**

REAGAN, District Judge:

On October 16, 2006, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge of this District Court. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Darough entered a guilty plea as to the charge contained in the indictment herein.

By Report filed October 16, 2006, Judge Proud recommends that the undersigned District Judge accept Defendant Darough's guilty plea, find Defendant Darough guilty, direct the Probation Office to prepare a presentence investigation report, and schedule sentencing herein. The parties were given an opportunity to object to Judge Proud's Report. That deadline has elapsed without any party filing objections.

Accordingly, the Court **ADOPTS** in its entirety Judge Proud's Report and Recommendation (Doc. 32), **ACCEPTS** Defendant Darough's guilty plea, and **ADJUDGES** Darough guilty of the offense set forth in the single-count indictment (violation of **21 U.S.C. § 841**).  The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report.  Finally, the Court **SETS SENTENCING** for **1:30 p.m. on Friday, January 26, 2007.**

It Is So Ordered.

Dated this 3rd day of November 2006.

s/Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge